United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| JOSE ERNESTO GARCIA ARAUJO, | § | |
| *Petitioner,* | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 5:26-cv-1027 |
| WARDEN, *et al.* | § | |
| *Respondents.* | § | |

# ORDER

Before the Court is Respondents' Motion for Emergency Stay of Order Requiring Bond Hearing (hereafter "Respondents' Motion") (Dkt. 23). Having considered Respondents' Motion, it is hereby:

**ORDERED** that Respondents' Motion (Dkt. 23) is **GRANTED**;

**ORDERED** that the Court's Order Granting Habeas Relief and Ordering a Bond Hearing (Dkt. 20) is **STAYED**.

Signed on this 27th day of October, 2026.

**Diana Saldaña**
**United States District Judge**